NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TARIKU H. KEIRA,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2010-3082

---

Petition for review of the Merit Systems Protection Board in AT3443090686-I-1.

---

**ON MOTION**

---

**O R D E R**

Tariku H. Keira moves for default judgment, a bench trial, and other relief.

To the extent that Keira is arguing the merits of this petition for review, such arguments should be included in a brief and not in a motion.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

JUN 0 2 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Tariku H. Keira
Chad Bungard, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 0 2 2010

JAN HORBALY
CLERK